# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JESSICA PLETS,<br><br>Plaintiff,<br><br>v.<br><br>TSI SEATS, INC., a Utah corporation,<br><br>Defendant. | No. 2:22-cv-00342-JCC-DWC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

Before the Court is Plaintiff's Motion to Amend Complaint. Defendant does not oppose the motion. The Court has considered the written material submitted, and enters the following order:

It is ORDERED that Plaintiff's Motion to Amend Complaint is GRANTED. Plaintiff may file her First Amended Complaint.

ENTERED this 15th day of June, 2022.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO
AMEND COMPLAINT - 1
No. 2:22-cv-00342-JCC-DWC